**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

REBECCA PAUL and
WILLIE HARMON,

    Plaintiffs,

v.                                CASE NO.:   3:07cv220/MCR/MD

UNITED STATES OF AMERICA and
ANTIONETTE GOODWIN,

    Defendants.
_____/

**O R D E R**

    This matter is before the Court on the unopposed motion to withdraw from representation of Plaintiffs Rebecca Paul and Willie Harmon, filed by their counsel Stephen Gill. (Doc. 113). Upon consideration, the instant motion shall be GRANTED and attorney Stephen Gill is given leave to withdraw for further representation of Plaintiffs in this cause.

    Plaintiffs shall have **until April 21, 2008,** in which to advise the Court **in writing** 1) that they have obtained new counsel, who shall be required to make an appearance in this case by the aforementioned date; 2) that they shall each represent themselves individually; **or** 3) that they wish to voluntarily dismiss this action, which dismissal shall be <u>with prejudice</u>. If Plaintiffs fail to so advise the Court within the time allotted, the Court shall deem the matter abandoned and enter an Order dismissing this cause <u>with prejudice</u>.

    **DONE and ORDERED** on this 19th day of March, 2008.

                                    *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS
                                  UNITED STATES DISTRICT JUDGE**